**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00323<br><br>**DECLARATION OF MADONNA L. DEVLING IN SUPPORT OF DEFENDANT UNIFYED, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(a) (DIVERSITY JURISDICTION)**<br><br>[Filed concurrently with Notice of Removal of Civil Action; Certification and Notice of Interested Parties; Declaration of Anjli Jain and Civil Cover Sheet] |

I, Madonna L. Devling, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendants UNIFYED, LLC and CAMPUSEAI, INC.

4863-4100-1224.1

DECLARATION OF MADONNA L. DEVLING IN SUPPORT OF DEFENDANTS UNIFYED, LLC AND CAMPUSEAI, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

1  ("Defendants") in this case. The facts set forth herein are of my own personal
2  knowledge, and if sworn I could and would competently testify thereto.

3      2.    I make this Declaration in support of Unifyed, LLC's Notice of
4  Removal filed concurrently herewith.

5      3.    I signed a Notice and Acknowledgement of Receipt of the Summons
6  and Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum and
7  Statement of Location, Notice of Case Assignment, First Amended General Order
8  and Notice of Case Management Conference for this case on January 14, 2022, a
9  copy of which is attached to the Notice of Removal as Exhibit B.

10     4.    To my knowledge, the documents attached to the Notice of Removal as
11 **Exhibits A through H** constitute all process, pleadings, and orders served upon
12 Defendants in connection with the lawsuit filed by Plaintiff against Defendants in
13 the Superior Court of California, County of Los Angeles, *Melissa Robertson v.*
14 *UNIFYED, LLC, An Illinois Limited Liability Company and CAMPUSEAI, INC., an*
15 *Ohio Corporation; and DOES 1 - 10, inclusive*, Case No. 21STCV37867
16 (hereinafter "the state court action"). (See 28 U.S.C. § 1446(a).)

17     5.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is
18 being filed with the clerk of the Superior Court for the County of Los Angeles, and
19 written notice is being provided to Plaintiff.

20     I declare under penalty of perjury under the laws of the United States of
21 America that the foregoing is true and correct and that this declaration was executed
22 on January 14, 2022, at Costa Mesa, California.

23
24                                                                   /s/ *Madonna L. Devling*
25                                                          Madonna L. Devling
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4863-4100-1224.1

2

DECLARATION OF MADONNA L. DEVLING IN SUPPORT OF DEFENDANTS UNIFYED, LLC AND
CAMPUSEAI, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

**FEDERAL COURT PROOF OF SERVICE**
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 14, 2022, I served the following document(s): DECLARATION OF MADONNA L. DEVLING IN SUPPORT OF DEFENDANT UNIFYED, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441(A) (DIVERSITY JURISDICTION)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Matthew B. Perez, Esq.<br>Devon M. Lyon, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T: (562) 216-7382<br>F: (562) 216-7385<br><br>m.perez@lyon-legal.com<br>d.lyon@lyon-legal.com |

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 14, 2022, at Costa Mesa, California.

*Danielle Morgan*
Danielle Morgan

4863-4100-1224.1

1

DECLARATION OF MADONNA L. DEVLING IN SUPPORT OF DEFENDANTS UNIFYED, LLC AND CAMPUSEAI, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION