**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>            Defendants. | Case No. 2:22-cv-00323<br><br>**DECLARATION OF ANJLI JAIN IN SUPPORT OF DEFENDANT UNIFYED, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a) (DIVERSITY JURISDICTION)**<br><br>[Filed concurrently with Notice of Removal of Civil Action; Certification and Notice of Interested Parties; Declaration of Madonna L. Devling and Civil Cover Sheet] |

### DECLARATION OF ANJLI JAIN

I, Anjli Jain, declare as follows:

1. The statements in this declaration are made on the basis of my own personal knowledge, and I could and would competently testify thereto if called

4871-9827-7640.1

1. upon to do so. I make this declaration in support of Defendant Unifyed, LLC's Notice of Removal of Civil Action.

2. I am the Chief Executive Officer and Secretary of Defendant CampusEAI, Inc.

3. As a result of performing responsibilities in my position, I know and understand CampusEAI, Inc.'s organizational structure, the location of its headquarters/principal place of business, the location of its officers and senior management and the identity of its wholly owned subsidiaries.

4. CampusEAI, Inc. is a corporation organized under the laws of the State of Ohio and its principal place of business is its corporate office located at 936 SW 1st Avenue, Suite 413, Miami, Florida 33130. The majority of CampusEAI, Inc.'s high-level executive, marketing, and legal functions take place in Miami, Florida. Its officers direct, control, and coordinate the corporation's activities in Miami, Florida.

5. Defendant Unifyed, LLC is a wholly owned subsidiary of CampusEAI, Inc. Unifyed, LLC. is a limited liability company organized under the laws of Illinois and its principal place of business is its company office located at 936 SW 1st Avenue, Suite 422, Miami, Florida 33130.

6. Given my position with Defendants, I am familiar with the customs and business practices for maintaining records pertaining to their current and former employees. I have access to and personal knowledge of the employment records of Plaintiff, and am familiar with her employment history. These records were created at or near the time of the events and are maintained by Defendants in the ordinary course of business.

7. At the time Plaintiff's employment with Unifyed, LLC ended, in May 2021, Plaintiff's salary was $130,000 per year plus a quarterly bonus based upon sales. In 2020, Plaintiff earned approximately $42,298.50 in bonuses.

8. CampusEAI, Inc. was served with the Summons and Complaint in this case on October 28, 2021 through its agent for service of process, Incorp Services, Inc.

9. CampusEAI, Inc.'s status with the California Franchise Tax Board was suspended but reinstated on or about December 30, 2021.

10. Unifyed, LLC was served with the Summons and Complaint in this case on January 14, 2022 through its counsel of record in this litigation, Lewis Brisbois Bisgaard & Smith LLP.

11. CampusEAI, Inc. consents to Unifyed, LLC's removal of this case to federal court.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California and Florida that the foregoing is true and correct and that this declaration was executed on January 14, 2022, at Miami, Florida.

_____
Anjli Jain

# FEDERAL COURT PROOF OF SERVICE
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 14, 2022, I served the following document(s): DECLARATION OF ANJLI JAIN IN SUPPORT OF DEFENDANT UNIFYED, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTION 1441(A) (DIVERSITY JURISDICTION)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Matthew B. Perez, Esq.<br>Devon M. Lyon, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T: (562) 216-7382<br>F: (562) 216-7385<br><br>m.perez@lyon-legal.com<br>d.lyon@lyon-legal.com |

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 14, 2022, at Costa Mesa, California.

*Danielle Morgan*
Danielle Morgan

4871-9827-7640.1                                1
DECLARATION OF ANJLI JAIN IN SUPPORT OF DEFENDANTS UNIFYED, LLC AND CAMPUSEAI, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION