# EXHIBIT "B"

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Matthew B. Perez, Esq. (SBN 326350)<br>LYON LEGAL, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755<br>TELEPHONE NO.: (562) 216-7382  FAX NO. (Optional): (562) 216-7385<br>E-MAIL ADDRESS (Optional): m.perez@lyon-legal.com<br>ATTORNEY FOR (Name): Plaintiff, Melissa Robertson | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Melissa Robertson

DEFENDANT/RESPONDENT: Unifyed, LLC, et al

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>21STCV37867 |
|---|---|

TO (insert name of party being served): UNIFYED, LLC, an Illinois limited liability company

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: January 13, 2022

Marisa Acedo
(TYPE OR PRINT NAME)                            (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, Notice of Case Assignment, First Amended General Order and Notice of Case Management Conference.

(To be completed by recipient):

Date this form is signed: 1/14/2022

Madonna Devling, Esq.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                           ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**PROOF OF SERVICE**

**RE:** <u>**ROBERTSON vs UNIFYED LLC, et al.**</u> **(Case No.: 21STCV37867)**

I am a citizen of the United States and employed in the County of Los Angeles, State of California.  I am over eighteen (18) years of age and not a party to the above-entitled action.  My business address is LYON LEGAL, P.C. 2698 Junipero Ave., Suite 201A, Signal Hill, CA 90755.

On **January 13, 2022**, I served the foregoing document(s) described as:

- **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

**SEE ATTACHED PROOF OF SERVICE LIST**

**VIA OVERNIGHT MAIL:**

☐ by placing the above-listed document(s) in a sealed Federal Express envelope and affixing a prepaid airbill and causing the envelope to be delivered to a Federal Express agent for overnight delivery to the address(es) listed below.

**VIA U.S. MAIL:**

☑ by placing the above-listed document(s) in a sealed envelope with postage prepaid in the United States mail at Signal Hill, California to the address(es) listed below.

**VIA PERSONAL DELIVERY:**

☐ by personally delivering the above-listed document(s) to the person(s) at the address(es) listed below pursuant to CCP § 1011.

**VIA ELECTRONIC MAIL:**

☑ I personally delivered such documents via electronic mail to the email address(es) listed below.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **January 13, 2022**, at Signal Hill, California.

            /s/Marisa Acedo     
            MARISA ACEDO

**PROOF OF SERVICE LIST**

| | |
|---|---|
| Madonna Devling, Esq.<br>Madonna.devling@lewisbrisbois.com<br>**LEWIS BRISBOIS**<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>(714) 668-5592 – Telephone<br>(714) 850-1030 – Facsimile<br><br>**Attorney for Defendants,**<br>UNIFYED, LLC and CAMPUSEAI, INC. | |

PROOF OF SERVICE