# EXHIBIT G

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>DEVON M. LYON          SBN 218293<br>LYON LEGAL<br>2698 JUNIPERO<br>SUITE 201A<br>SIGNAL HILL CA 90755<br>562/216-7391<br>ATTORNEY FOR:     PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| LOS ANGELES SUPERIOR CRT, LOS ANGELES<br>CENTRAL DISTRICT-STANLEY MOSK<br>111 N. HILL STREET<br>LOS ANGELES, CA. 90012 | |
| PLAINTIFF/PETITIONER:     ROBERTSON<br>DEFENDANT/RESPONDENT:   UNIFYED | CASE NUMBER:<br>21STCV37867 |
| **PROOF OF SERVICE OF SUMMONS** | REF NO. OR FILE NO.:<br>C44025/ROBERTSON |

Electronically FILED by Superior Court of California, County of Los Angeles on 11/15/2021 01:58 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Abraham,Deputy Clerk

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   SUMMONS AND COMPLAINT
   CIVIL CASE COVER SHEET
   CIVIL CASE COVER SHEET ADDENDUM
   AND STATEMENT OF LOCATION
   NOTICE OF CASE ASSIGNMENT
   FIRST AMENDED GENERAL ORDER
   VOLUNTARY EFFICIENT LITIGATION STIPULATIONS PACKAGE
   ORDER PURSUANT TO CCP 1054(a), EXTENDING TIME TO RESPOND BY
   30 DAYS WHEN PARTIES AGREE TO EARLY ORGANIZATIONAL MEETING
   STIPULATION
   ALTERNATIVE DISPUTE RESOLUTION
   INFORMATION PACKAGE

3. a. Party served:

   CAMPUSEAI, INC., AN OHIO CORPORATION BY SERVING
   THE AGENT FOR SERVICE OF PROCESS, STEVEN PICKETT

   b. Person served:

   JOURDAN CERRILLO

   Title:

   PROCESSING SPECIALIST (AUTHORIZED TO ACCEPT)

4. Address where party was served:
   5716 CORSA AVE.

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. July, 2012)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, 417.10
Invoice No.: 812858

| PLAINTIFF/PETITIONER: | ROBERTSON | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | UNIFYED | 21STCV37867 |

SUITE 110
WESTLAKE VILLAGE CA 91362

5. I served the party

   a. BY PERSONAL SERVICE. I personally delivered the documents listed
      in item 2 to the party or person authorized to receive service
      of process for the party
      (1) ON: 10/27/21   (2) AT: 04:00 PM

6  The "Notice to the Person Served" was completed as follows:
   on behalf of : CAMPUSEAI, INC., AN OHIO CORPORATION BY SERVING
            THE AGENT FOR SERVICE OF PROCESS, STEVEN PICKETT

         under CCP 416.10 (Corporation)

7. **Person who served papers**
   a. Name:                          JAMES P. SANDS
   b. Address:                       P.O. 91985 LONG BEACH, CA 90809
   c. Telephone Number:              562/595-1337
   d. The fee for service was:       75.00
   e. I am:
      (3) registered California process server:
         (i)   Employee or independent contractor.
         (ii)  Registration No.:         914      Expires: 12/11/21
         (iii) County:                   LOS ANGELES

8. **I declare**     under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

11/01/21

JAMES P. SANDS

SIGNAL ATTORNEY SERVICE, INC., LOS ANGELES CO. REG# 4943, EXPIRES

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>(Rev. July, 2012) | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10<br>Invoice No.:    812858 |
|---|---|---|