**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
 E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
 E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
 E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00323-RGK-JEM<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL AND RELATED DOCUMENTS**<br><br>District Judge:  R. Gary Klausner<br>Courtroom 850<br><br>Trial Date:         None Set |

I, Danielle Morgan, certify and declare as follows:

I am over the age of 18 years and not a party to this action.  My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 19, 2022, I mail served counsel for Plaintiff Melissa Robertson

4864-4027-9562.1

CERTIFICATE OF SERVICE

("Plaintiff"), the Notice to Clerk and to Adverse Party Re: Removal of Civil Action to Federal Court, to which the following documents were attached: (1) Defendant's Notice of Removal of Civil Action, Exhibits A through H; (2) Declaration of Anjli Jain; (3) Declaration of Madonna L. Devling; (4) Civil Cover Sheet; and (5) Certification and Notice of Interested Parties.

On January 18, 2022, I caused to be filed with the Los Angeles County Superior Court the Notice to Clerk and to Adverse Party Re: Removal of Civil Action to Federal Court.

On January 19, 2022, I mail served Plaintiff's counsel, a copy of the Notice of Assignment to United States Judges (Document No. 7); and Initial Standing Order Following Assignment of Civil Case to R. Gary Klausner.

The above-referenced documents were served on:

Devon M. Lyon, Esq.
Matthew B. Perez, Esq.
Lyon Legal, P.C.
2698 Junipero Ave., Suite 201A
Signal Hill, CA 90755

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this certificated was executed on January 19, 2022, at Costa Mesa, California.

/s/Danielle Morgan
Danielle Morgan

**FEDERAL COURT PROOF OF SERVICE**
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 19, 2022, I served the following document(s):  CERTIFICATE OF SERVICE RE:  NOTICE OF REMOVAL AND RELATED DOCUMENTS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Devon M. Lyon, Esq.<br>Matthew B. Perez, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T:  (562) 216-7382<br>F:  (562) 216-7385<br><br>Email:  d.lyon@lyon-legal.com<br>m.perez@lyon-legal.com |

The documents were served by the following means:

☒ (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 19, 2022, at Costa Mesa, California.

Danielle Morgan

4864-4027-9562.1

1
CERTIFICATE OF SERVICE