**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00323-RGK-JEM<br><br>**JOINT STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>District Judge: R. Gary Klausner<br>Courtroom 850<br><br>Trial Date:      None Set |

Plaintiff Melissa Robertson and Defendants Unifyed, LLC and CampusEAI, Inc., through undersigned counsel of record, hereby stipulate to continue the Mandatory Scheduling Conference from March 28, 2022 to May 16, 2022, and stipulate that the time for filing a report under Joint Rule 26(f) shall be continued to 7 days before the new date for the Mandatory Scheduling Conference.

4868-1574-5555.1

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Trial | None | None |
| Pretrial Conference | March 28, 2022 | May 16, 2022 |
| Motion to Amend Pleadings | None | None |
| Fact Discovery Cutoff | None | None |
| Expert Discovery Cutoff | None | None |
| Discovery Motion Hearing Cutoff | None | None |
| Non-Discovery Motion Hearing Cutoff | None | None |
| Settlement Conf. Deadline | None | None |
| Post Settlement Conf. (Report due 3 days before) | None | None |
| Trial Filings (1st Set) | None | None |
| Trial Filings (2nd Set) | None | None |

Good Causes Exists for Continuance: Plaintiff's counsel filed this case on behalf of the Plaintiff in state court and Defendant Unifyed, LLC removed the case to federal court. Thereafter, the parties agreed to engage in settlement negotiations and scheduled a private mediation with the Hon. Michael Marcus (ret.) of ADR Services for April 19, 2022. As part of the preparation for the mediation, the parties have agreed to engage in some written discovery and document exchanges. In an effort to avoid a potentially unnecessary appearance before the Court if the case settles and in an effort to conserve the parties' time and resources in light of the impending mediation, the parties request that the Court grant a brief, two month continuance, of the Mandatory Scheduling Conference and the deadline for the filing of the Joint Statement pursuant to Federal Rule of Civil Procedure 26.

No Prior Request: The Parties have not previously requested a continuance.

No Prejudice: There is no prejudice to either party if the continuance is

granted.

Now, therefore, **IT IS HEREBY STIPULATED** by and between the parties to this action as follows:

1. That the **Mandatory Scheduling Conference,** currently set for March 28, 2022, be continued to May 16, 2022; and

2. The **time for filing a report under Joint Rule 26(f)** shall be continued to 7 days before the Mandatory Scheduling Conference in accordance with the new Scheduling Conference date; and

3. The parties further stipulate that all discovery deadlines be governed by the new Scheduling Conference date except to the extent agreed upon as part of the preparation for the April 19, 2022 mediation.

**IT IS SO STIPULATED:**

DATED: March 3, 2022          LYON LEGAL, P.C.


By: _____
DEVON M. LYON
MATTHEW B. PEREZ
Attorney for Plaintiff, MELISSA ROBERTSON


DATED: March ___, 2022        JOHN L. BARBER
MADONNA L. DEVLING
RACHEL J. LEE
LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
MADONNA L. DEVLING
Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

granted.

Now, therefore, **IT IS HEREBY STIPULATED** by and between the parties to this action as follows:

1. That the **Mandatory Scheduling Conference,** currently set for March 28, 2022, be continued to May 16, 2022; and

2. The **time for filing a report under Joint Rule 26(f)** shall be continued to 7 days before the Mandatory Scheduling Conference in accordance with the new Scheduling Conference date; and

3. The parties further stipulate that all discovery deadlines be governed by the new Scheduling Conference date except to the extent agreed upon as part of the preparation for the April 19, 2022 mediation.

**IT IS SO STIPULATED:**

DATED: March ___, 2022        LYON LEGAL, P.C.

By: _____
DEVON M. LYON
MATTHEW B. PEREZ
Attorney for Plaintiff, MELISSA ROBERTSON

DATED: March 8, 2022        JOHN L. BARBER
MADONNA L. DEVLING
RACHEL J. LEE
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Madonna L. Devling_____
MADONNA L. DEVLING
Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

**FEDERAL COURT PROOF OF SERVICE**
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 8, 2022, I served the following document(s): JOINT STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Devon M. Lyon, Esq.<br>Matthew B. Perez, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T: (562) 216-7382<br>F: (562) 216-7385<br><br>Email: d.lyon@lyon-legal.com<br>m.perez@lyon-legal.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 8, 2022, at Costa Mesa, California.

/s/Danielle Morgan
Danielle Morgan

4868-1574-5555.1

1

JOINT STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE