**DENIED BY THE COURT**

By: *Gary Klausner*
Hon. R. Gary Klausner
Date: March 10, 2022

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00323-RGK-JEM<br><br>**ORDER RE STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE** [13]<br><br>District Judge: R. Gary Klausner<br>Courtroom 850<br><br>Trial Date:   None Set |

Based on the Joint Stipulation of the parties, and good cause appearing therefore, **IT IS ORDERED** that the Mandatory Scheduling Conference currently set for March 28, 2022 be and hereby is continued to _____, 2022, at 9:00 a.m. The time for filing a report under Joint Rule 26(f) shall be continued to 7 days before the rescheduled Mandatory Scheduling Conference.

**IT IS SO ORDERED.**

DATED: _____, 2022

**DENIED BY THE COURT**
R. Gary Klausner
United States District Judge

4877-4045-8515.1

**FEDERAL COURT PROOF OF SERVICE**
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 8, 2022, I served the following document(s):  ORDER RE STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Devon M. Lyon, Esq.<br>Matthew B. Perez, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T:  (562) 216-7382<br>F:  (562) 216-7385<br><br>Email:  d.lyon@lyon-legal.com<br>m.perez@lyon-legal.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 8, 2022, at Costa Mesa, California.

/s/Danielle Morgan
Danielle Morgan