UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22−cv−00323−RGK−JEM | Date | 3/28/2022 |
| Title | MELISSA ROBERTSON V. UNIFYED, LLC ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Devn Lyon   Rachel Lee

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5 days): | November 8, 2022 at 09:00 AM |
| Pretrial Conference: | October 24, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | August 24, 2022 |
| Discovery Cut-Off Date (fact discovery): | August 10, 2022 |

Last day to amend the complaint or add parties is 5/1/2022. The parties shall participate in ADR 3.

**IT IS SO ORDERED.**

:2
Initials of Preparer: jre