**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00323-RGK-JEM<br><br>**JOINT REPORT REGARDING ADR**<br><br>District Judge: R. Gary Klausner<br>Courtroom 850<br><br>Trial Date:    None Set |

Plaintiff MELISSA ROBERTSON and Defendants UNIFYED, LLC and CAMPUSEAI, INC. hereby jointly report that as a result of a mediation held on April 19, 2022 with the Hon. Michael Marcus (ret.) of ADR Services, the parties have reached a settlement of the entire case. The parties will file a Stipulation to Dismiss Complaint With Prejudice within the next 45 days.

///

4895-9811-3821.1

DATED: April 22, 2022           LYON LEGAL, P.C.

By: _____/s/Matthew B. Perez_____
DEVON M. LYON
MATTHEW B. PEREZ
Attorneys for Plaintiff, MELISSA ROBERTSON

DATED: April 22, 2022           JOHN L. BARBER
MADONNA L. DEVLING
RACHEL J. LEE
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____Madonna L. Devling_____
MADONNA L. DEVLING
Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

CERTIFICATE OF APPROVAL BY ALL SIGNATORIES

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

# FEDERAL COURT PROOF OF SERVICE
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 22, 2022, I served the following document(s): JOINT REPORT REGARDING ADR

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Devon M. Lyon, Esq.<br>Matthew B. Perez, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T: (562) 216-7382<br>F: (562) 216-7385<br><br>Email: d.lyon@lyon-legal.com<br>m.perez@lyon-legal.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 22, 2022, at Costa Mesa, California.

Danielle Morgan

4895-9811-3821.1

1

JOINT REPORT REGARDING ADR