**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
MADONNA L. DEVLING, SB# 163419
  E-Mail: Madonna.Devling@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL J. LEE, SB# 225263
  E-Mail: Rachel.Lee@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA ROBERTSON, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNIFYED, LLC, an Illinois limited liability company; CAMPUSEAI, INC., an Ohio Corporation; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00323-RGK-JEM<br><br>**STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>District Judge: R. Gary Klausner<br>Courtroom 850<br><br>Trial Date:    None Set |

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY STIPULATED** by and between all parties to this action, through their designated counsel, that the original Complaint and all claims contained therein, filed by Plaintiff MELISSA ROBERTSON against Defendants UNIFYED, LLC and CAMPUSEAI, INC., and DOES 1-10, be dismissed in their

entirety with prejudice pursuant to FRCP 41(a)(1)(ii). This dismissal is pursuant to a written settlement agreement between the parties.

**IT IS SO STIPULATED.**

DATED: May 17, 2022

LYON LEGAL, P.C.

By: *[signature]*
DEVON M. LYON
MATTHEW B. PEREZ
Attorneys for Plaintiff, MELISSA ROBERTSON

DATED: May 17, 2022

JOHN L. BARBER
MADONNA L. DEVLING
RACHEL J. LEE
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *[signature]*
MADONNA L. DEVLING
Attorneys for Defendants, UNIFYED, LLC and CAMPUSEAI, INC.

**FEDERAL COURT PROOF OF SERVICE**
Melissa Robertson v. Unifyed, LLC, et al.
Case No. 21STCV37867

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 17, 2022, I served the following document(s):  STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Devon M. Lyon, Esq.<br>Matthew B. Perez, Esq.<br>Lyon Legal, P.C.<br>2698 Junipero Ave., Suite 201A<br>Signal Hill, CA 90755 | Attorneys for Plaintiff, MELISSA ROBERTSON<br><br>T:  (562) 216-7382<br>F:  (562) 216-7385<br><br>Email:  d.lyon@lyon-legal.com<br>m.perez@lyon-legal.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 17, 2022, at Costa Mesa, California.

/s/Danielle Morgan
Danielle Morgan

4884-7710-5181.1

1

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE